■ JACQ. PIEROT JR. & SONS, INC., Respondent, v FAIRFIELD-MAXWELL LTD., Appellant, et al., Defendant.—Order, Supreme Court, New York County (Beverly S. Cohen, J.), entered on January 10, 1991, unanimously affirmed for the reasons stated by Beverly S. Cohen, J., without costs or disbursements. No opinion. Concur—Carro, J. P., Milonas, Rosenberger, Ellerin and Smith, JJ.

■ F. ELKUS, Appellant, v PETER ELKUS, Respondent.—Order, Supreme Court, New York County (Walter M. Schackman, J.), entered on August 29, 1991, unanimously affirmed for the reasons stated by Walter M. Schackman, J., without costs or disbursements. No opinion. Concur—Carro, J. P., Milonas, Rosenberger, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE WILLIAMSON, Appellant.—Judgment, Supreme Court, New York County (Juanita Bing Newton, J.), rendered June 4, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the first degree, and sentencing him to a term of imprisonment of 18 years to life, unanimously affirmed.

The People proved the defendant's guilt beyond a reasonable doubt. The undercover officer's testimony at trial, that defendant was the target of a police investigation and readily recognizable by his dreadlocks and beard, was not impermissible bolstering, in the circumstances of this case.

We have considered defendant's argument that comments made by the prosecutor on summation deprived him of a fair trial, and find that error, if any, was harmless in light of the overwhelming evidence of guilt. Concur—Carro, J. P., Milonas, Rosenberger and Asch, JJ.